SARA MYERS et al., Plaintiffs, and ERIC A. SEIFF et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.

Submitted May 1, 2017; decided May 4, 2017

Motion by Betty Rollin et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DiFIORE taking no part.